IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE KELLY )<br>    Plaintiff, )<br>)<br>) Case No. 8:10CV00245<br>)<br>vs. )<br>)<br>)<br>OMAHA HOUSING AUTHORITY aka ) ORDER<br>HOUSING AUTHORITY OF THE CITY   OF )<br>OMAHA, STANLEY TIMM, Executive )<br>Director, in his idivdual and official capacity )<br>DOES 1-50 )<br>    Defendants. )<br>_____) | |

This matter is before this Court on the Unopposed Motion of Plaintiff (Filing No. 54) to file an amended Brief in response to Defendants Motion for Summary Judgment (Filing No. 46). The Court finds that the motion should be granted

IT IS ORDERED that Plaintiff's Unopposed Motion to file an amend brief (Filing No. 54) in response to defendants' motion for summary judgment is granted. Plaintiff shall file her amended brief on or before April 1, 2011, and defendants are granted three days in addition to their reply time.

Dated:   March 30, 2011

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge
