IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONNIE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV245 |
| | ) | |
| v. | ) | 8:11CV192 |
| | ) | |
| OMAHA HOUSING AUTHORITY, | ) | ORDER |
| STANLEY TIMM, Executive Director, in | ) | |
| his individual and official capacity, and | ) | |
| DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on its Memorandum and Order (Filing No. 110). The plaintiff does not appear as ordered. Counsel for the plaintiff, Vincent M. Ekeh, appears on behalf of the plaintiff in both pending matters. George B. Achola and Natalie M. Blanke appear on behalf of the defendants. Counsel for the plaintiff represents to the court that the plaintiff authorizes him to represent her in Case No. 8:11-CV-192.

    The court finds that there are sufficient factual and legal issues presented in the newly consolidated case to allow further discovery and expedited case progression. The court refers this matter to the magistrate judge for expedited progression subject to the following: written requests for discovery (interrogatories, requests for production and admissions) must be presented on or before **June 27, 2011;** discovery will close on **August 26, 2011;** and dispositive motions must be filed on or before **September 9, 2011**. The magistrate judge shall set all other progression dates it deems appropriate including pretrial conference and trial.

IT IS HEREBY ORDERED:

1. Vincent M. Ekeh is counsel of record for the plaintiff in the above-captioned consolidated action.

2. This action is referred to the magistrate judge for expedited progression consistent with this order.

DATED this 13th day of June, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.