IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE KELLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Nos. 8:10CV00245 |
| vs. ) | 8:11CV00192 |
| ) | |
| OMAHA HOUSING AUTHORITY aka ) | **ORDER** |
| HOUSING AUTHORITY OF THE CITY OF ) | |
| OMAHA, STANLEY TIMM, Executive ) | . |
| Director, in his idivdual and official capacity ) | |
| DOES 1-50 ) | |
| ) | |
| Defendants. ) | |

After considering the matter, the Plaintiff's Motion for Extension of Time (filing No. 143) to file a brief in support of her Motion for Reconsideration and New Trial (filing No. 142) is hereby granted. Plaintiff shall file and serve her brief in support of her Motion for Reconsideration and New Trial or before **March 22, 2012**.

SO ORDERED.

Dated: February 22, 2012 .

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge