IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE KELLY,<br><br>              Plaintiff,<br><br>   v.<br><br>OMAHA HOUSING AUTHORITY,<br>STANLEY TIMM, Executive Director in his individual and official capacity,<br><br>              Defendants.<br>_____<br><br>BONNIE KELLY,<br><br>              Plaintiff,<br><br>   v.<br><br>HOUSING AUTHORITY OF THE CITY OF OMAHA and STANLEY TIMM, Executive Director in his individual capacity,<br><br>              Defendants. | 8:10CV245<br><br>ORDER<br><br><br><br><br><br><br><br>8:11CV192<br><br>ORDER |

      In the interest of judicial economy, plaintiff's Motion to Proceed in Forma Pauperis, is referred to Magistrate Judge Thomas D. Thalken.

      DATED this 13th day of July, 2012.

                                                                           BY THE COURT:

                                                                           s/ Joseph F. Bataillon
                                                                           United States District Judge