IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE KELLY,<br><br>   Plaintiff,<br><br> v.<br><br>OMAHA HOUSING AUTHORITY,<br>STANLEY TIMM, Executive Director in his individual and official capacity,<br><br>   Defendants.<br>_____ | 8:10CV245<br><br>ORDER |
| BONNIE KELLY,<br><br>   Plaintiff,<br><br> v.<br><br>HOUSING AUTHORITY OF THE CITY OF OMAHA and STANLEY TIMM, Executive Director in his individual capacity,<br><br>   Defendants. | 8:11CV192<br><br>ORDER |

  In the interest of judicial economy, plaintiff's Motion to Proceed in Forma Pauperis, is referred to Magistrate Judge Thomas D. Thalken.

  DATED this 13th day of July, 2012.

                BY THE COURT:

                s/ Joseph F. Bataillon
                United States District Judge