IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BONNIE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV245 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OMAHA HOUSING AUTHORITY, and STANLEY TIMM, Executive Director, in his individual and official capacity, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BONNIE KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV192 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HOUSING AUTHORITY of the CITY OF OMAHA, and STANLEY TIMM, Executive Director, in his individual and official capacity, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon the plaintiff's Motion for Permission to Appeal In Forma Pauperis (Filing No. 156 - 8:10CV245; Filing No. 77 - 8:11CV192) and the referral of such motions to the undersigned magistrate judge (Filing No. 157 - 8:10CV245; Filing No. 78 - 8:11CV192). The plaintiff filed an affidavit attesting to the plaintiff's finances and assets. See Filing No. 156 - 8:10CV245; Filing No. 77 - 8:11CV192. According to Fed. R. App. P. 24(3), "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, . . . ." The court granted the plaintiff leave to proceed *in forma pauperis* in District Court without prepaying fees or costs. See Filing No. 4 - 8:10CV245. The court has reviewed the plaintiff's affidavit and finds no evidence of bad faith. Therefore, the plaintiff may proceed on appeal *in forma pauperis*.

**IT IS ORDERED:**

The plaintiff's Motion for Permission to Appeal In Forma Pauperis (Filing No. 156 - 8:10CV245; Filing No. 77 - 8:11CV192) is granted.

DATED this 13th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge